| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>JOHN P. DESMOND (SBN 5618)<br>MICHAEL N. FEDER (SBN 7332)<br>GABRIEL A. BLUMBERG (SBN 12332)<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Telephone: 775-343-7500<br>Facsimile: 844-670-6009<br>jdesmond@dickinsonwright.com<br>mfeder@dickinsonwright.com<br>gblumberg@dickinsonwright.com<br><br>*Attorneys for Defendants*<br>*EVERI HOLDINGS INC. and*<br>*EVERI PAYMENTS INC.* | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (SBN 180578)<br>(*pro hac vice forthcoming*)<br>S. CHRISTOPHER WHITTAKER (SBN 283518)<br>(*pro hac vice forthcoming*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-229-7000<br>Facsimile: 213-229-7520<br>sliversidge@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>RACHEL S. BRASS (SBN 219301)<br>(*pro hac vice forthcoming*)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415-393-8200<br>Facsimile: 415-393-8306<br>rbrass@gibsondunn.com<br><br>*Attorneys for Defendants*<br>*EVERI HOLDINGS INC. and*<br>*EVERI PAYMENTS INC.* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:24-cv-00178-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Koin Mobile, LLC and Defendants Everi Holdings Inc. and Everi Payments Inc., by and through their respective counsel and pending the Court's approval, that Defendants shall have additional time to answer or otherwise respond to the Complaint (ECF No. 1).  Defendants' original response deadline is May 20, 2024.  With the requested extension, Defendants' deadline to answer or otherwise respond to the Complaint is extended to July 8, 2024.

Good cause exists for the extension set forth herein.  Defense counsel were only recently retained in this matter and require additional time to review and respond to Plaintiff's allegations and streamline any potential motions that may be presented to the Court.

This is the first request for an extension of time for Defendants to respond to the Complaint.  This request is made in good faith and is not intended for purposes of delay.

Respectfully submitted,

| Dated:  May 9, 2024 | Dated:  May 7, 2024 |
|---|---|
| DICKINSON WRIGHT PLLC | HOLLAND & HART LLP |
| /s/: Michael N. Feder<br>John P. Desmond (SBN 5618)<br>Michael N. Feder (SBN 7332)<br>Gabriel A. Blumberg (SBN 12332)<br>100 W. Liberty Street, Suite 940<br>Reno, NV 89501<br>Telephone:  775-343-7500<br>Facsimile:   844-670-6009<br>jdesmond@dickinsonwright.com<br>mfeder@dickinsonwright.com<br>gblumberg@dickinsonwright.com | /s/:  Joshua M. Halen<br>Robert C. Ryan (SBN 7164)<br>Timothy A. Lukas (SBN 4678)<br>Joshua M. Halen (SBN 13885)<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br>Tel: 775-327-3000<br>Facsimile: 775-786-6179<br>rcryan@hollandhart.com<br>tlukas@hollandhart.com<br>jmhalen@hollandhart.com |

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (SBN 180578)<br>(*pro hac vice forthcoming*)<br>S. Christopher Whittaker (SBN 283518)<br>(*pro hac vice forthcoming*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:  213-229-7000<br>Facsimile:   213-229-7520<br>sliversidge@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Rachel S. Brass (SBN 219301)<br>(*pro hac vice forthcoming*)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:  415-393-8200<br>Facsimile:   415-393-8306<br>rbrass@gibsondunn.com<br><br>*Attorneys for Defendants*<br>EVERI HOLDINGS INC. and EVERI PAYMENTS INC. | HOLLAND & HART LLP<br>Paul D. Swanson (SBN 50923)<br>(*pro hac vice*)<br>Nicholas W. Katz (SBN 55136)<br>(*pro hac vice*)<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>Telephone:  303 295-8000<br>Facsimile: 303-479-9424<br>pdswanson@hollandhart.com<br>nwkatz@hollandhart.com<br><br>*Attorneys for Plaintiff*<br>KOIN MOBILE, LLC |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 9, 2024

CASE NO.: 3:24-cv-00178-ART-CSD