**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation,<br><br>　　　　　　　Defendants. | **CASE NO.: 3:24-cv-00178-ART-CSD**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND PAGE LIMITS REGARDING DEFENDANTS' ANTICIPATED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Koin Mobile, LLC, and Defendants Everi Holdings, Inc., and Everi Payments Inc., by and through their respective undersigned counsel, file this Stipulation and Order to Extend the Briefing Schedule and Page Limits Regarding Defendants' Anticipated Motion to Dismiss, and state the following:

1

1. Plaintiff filed its Complaint on April 19, 2024. (ECF No. 1.)

2. The Court approved the parties' stipulation to extend the time for Defendants to file a responsive pleading until July 8, 2024. (ECF No. 22.)

3. Defendants anticipate filing a motion to dismiss on July 8, 2024. Defendants anticipate their motion to dismiss will exceed the 24-page limit imposed by Local Rule LR 7-3(b).

4. Given the complex nature of federal antitrust cases in general, and the complexities raised by Plaintiff's Complaint, Plaintiff anticipates that its counsel will need additional time beyond the 14 days provided by Local Rule LR 7-2(b) to file a response to Defendants' forthcoming motion to dismiss. Additionally, Plaintiff's attorneys have various pre-arranged personal commitments in July 2024 that will impact drafting a response to Defendants' anticipated motion to dismiss.

5. Similarly, Defendants anticipate that their counsel will need additional time beyond the 7 days provided by Local Rule LR 7-2(b) to file a reply in support of their motion to dismiss.

6. Based on the foregoing, and pending approval by the Court, the parties stipulate as follows:

- Plaintiff shall have six weeks, or until August 19, 2024, to file its response to Defendants' forthcoming motion to dismiss.
- Defendants shall have four weeks, or until September 16, 2024, to file their reply in support of their forthcoming motion to dismiss.
- Defendants shall have six additional pages, or a total of 30 pages, for their forthcoming motion to dismiss, and shall provide a table of contents and a table of authorities, as required by Local Rule LR 7-3(c).
- Plaintiff shall have six additional pages, or a total of 30 pages, for its response to Defendants' forthcoming motion to dismiss, and shall provide a table of contents and a table of authorities, as required by Local Rule LR 7-3(c).
- Defendants shall have three additional pages, or a total of 15 pages, for their reply

1         in support of their forthcoming motion to dismiss, and shall provide a table of

2         contents and a table of authorities, as required by Local Rule LR 7-3(c).

3    •  This stipulation does not prevent the parties from requesting additional relief from

4         the Court either before or after Defendants file their anticipated motion to dismiss

5         and the parties reserve all rights.

6    7.  This is the parties' first stipulation seeking additional time to file a response to

7 Defendants' anticipated motion to dismiss and reply in support of the same. This is also the

8 parties' first stipulation seeking additional pages regarding the briefing on Defendants'

9 anticipated motion to dismiss. Further, the parties certify that their requests are made in good

10 faith and not intended for purposes of delay.

| | |
|---|---|
| Dated: June 18, 2024 | Dated: June 18, 2024 |
| HOLLAND & HART LLP | GIBSON, DUNN & CRUTCHER LLP |
| /s/: Joshua M. Halen<br>Robert C. Ryan (SBN 7164)<br>Timothy A. Lukas (SBN 4678)<br>Joshua M. Halen (SBN 13885)<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br>Tel: 775-327-3000<br>Facsimile: 775-786-6179<br>rcryan@hollandhart.com<br>tlukas@hollandhart.com<br>jmhalen@hollandhart.com<br><br>HOLLAND & HART LLP<br>Paul D. Swanson (SBN 50923)<br>(*pro hac vice*)<br>Nicholas W. Katz (SBN 55136)<br>(*pro hac vice*)<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>Telephone: 303 295-8000<br>Facsimile: 303-479-9424<br>pdswanson@hollandhart.com<br>nwkatz@hollandhart.com | /s/: Samuel G. Liversidge<br>Samuel G. Liversidge (*pro hac vice*)<br>S. Christopher Whittaker (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-229-7000<br>Facsimile: 213-229-7520<br>sliversidge@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Rachel S. Brass (*pro hac vice*)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415-393-8200<br>Facsimile: 415-393-8306<br>rbrass@gibsondunn.com<br><br>DICKINSON WRIGHT PLLC<br>John P. Desmond (SBN 5618)<br>Michael N. Feder (SBN 7332)<br>Gabriel A. Blumberg (SBN 12332)<br>100 W. Liberty Street, Suite 940<br>Reno, NV 89501<br>Telephone: 775-343-7500<br>Facsimile: 844-670-6009 |

| | |
|---|---|
| *Attorneys for Plaintiff* | jdesmond@dickinsonwright.com<br>mfeder@dickinsonwright.com<br>gblumberg@dickinsonwright.com |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2024

32220595_v1

32220595_v2

4