Robert C. Ryan (Nevada Bar No. 7164)
Timothy A. Lukas (Nevada Bar No. 4678)
Joshua M. Halen (Nevada Bar No. 13885)
**Holland & Hart LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000 | Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Paul D. Swanson (Colorado Bar No. 50923)*
Nicholas W. Katz (Colorado Bar No. 55136)*
**Holland & Hart LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation,<br><br>Defendants. | **CASE NO.: 3:24-cv-00178-ART-CSD**<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS** |

Plaintiff Koin Mobile, LLC, and Defendants Everi Holdings, Inc., and Everi Payments Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, file this Stipulation to Stay Case Pending Settlement Discussions, and state the following:

1. In the related state court matter, *Everi Payments, Inc. v. Strategic Gaming Management, LLC, et al.*, Case No. CV23-01538 (2d J.D. Nev.), the State Court parties,

including Plaintiff and Defendants, were ordered to participate in a settlement conference regarding a narrow issue. On January 28, 2025, the State Court parties engaged in a settlement conference with Retired Nevada Supreme Court Justice Hardesty and agreed to continue discussions regarding a global resolution of this action and the state court action.

2. The Parties have agreed to stay this matter in its entirety to further settlement discussions and to not incur additional legal expenses during such discussions.

3. Accordingly, the Parties agree and stipulate as follows:

    a. This case shall be stayed in its entirety for 90 days from the date that the Court approves this Stipulation. The Parties agree that the deadlines in the Amended Scheduling Order (ECF No. 44) shall be suspended.

    b. The Parties may jointly request that the stay be lifted before the 90-day period expires if the Parties agree that settlement is not achievable.

    c. The Parties agree that, pursuant to the Court's Chamber Practices, Defendants' Motion to Dismiss (ECF No. 31) will be denied without prejudice. If the stay is lifted, any party may move to reinstate Defendants' Motion to Dismiss (ECF No. 31).

    d. Upon the expiration of the 90 days, or sooner if the Parties jointly request that the stay be lifted, the Parties shall file a joint report indicating the status of settlement negotiations and a proposal for how this action should proceed, including with respect to Defendants' Motion to Dismiss (ECF No. 31).

    e. The Parties agree that if a resolution is reached that they will inform the Court immediately.

4. This is the Parties' first Stipulation seeking a stay of this matter. The Parties certify that this Stipulation is made in good faith and not intended for purposes of delay.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2025 | Dated: February 13, 2025 |
| 2 | HOLLAND & HART LLP | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | |
| 4 | /s/: *Joshua M. Halen*<br>Robert C. Ryan (SBN 7164) | /s/:  *S. Christopher Whittaker*<br>Samuel G. Liversidge (*pro hac vice*) |
| 5 | Timothy A. Lukas (SBN 4678)<br>Joshua M. Halen (SBN 13885) | S. Christopher Whittaker (*pro hac vice*)<br>333 South Grand Avenue |
| 6 | 5470 Kietzke Lane, Suite 100<br>Reno, NV 89511 | Los Angeles, CA 90071<br>Telephone: 213-229-7000 |
| 7 | Tel: 775-327-3000 | Facsimile: 213-229-7520 |
| 8 | Facsimile: 775-786-6179<br>rcryan@hollandhart.com | sliversidge@gibsondunn.com<br>cwhittaker@gibsondunn.com |
| 9 | tlukas@hollandhart.com<br>jmhalen@hollandhart.com | GIBSON, DUNN & CRUTCHER LLP |
| 10 | | Rachel S. Brass (*pro hac vice*) |
| 11 | HOLLAND & HART LLP<br>Paul D. Swanson (SBN 50923) | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 12 | (*pro hac vice*)<br>Nicholas W. Katz (SBN 55136) | Telephone: 415-393-8200<br>Facsimile: 415-393-8306 |
| 13 | (*pro hac vice*) | rbrass@gibsondunn.com |
| 14 | 555 17th Street, Suite 3200<br>Denver, CO 80202 | DICKINSON WRIGHT PLLC<br>John P. Desmond (SBN 5618) |
| 15 | Telephone: 303 295-8000<br>Facsimile: 303-479-9424 | Michael N. Feder (SBN 7332)<br>Gabriel A. Blumberg (SBN 12332) |
| 16 | pdswanson@hollandhart.com<br>nwkatz@hollandhart.com | 100 W. Liberty Street, Suite 940<br>Reno, NV 89501 |
| 17 | | Telephone: 775-343-7500 |
| 18 | *Attorneys for Plaintiff* | Facsimile: 844-670-6009<br>jdesmond@dickinsonwright.com |
| 19 | | mfeder@dickinsonwright.com<br>gblumberg@dickinsonwright.com |
| 20 | | |
| 21 | | *Attorneys for Defendants* |
| 22 | | |
| 23 | | **IT IS SO ORDERED:** |
| 24 | | |
| 25 | | _____<br>UNITED STATES DISTRICT JUDGE |
| 26 | | Dated: _____ |
| 27 | 34188707_v1 | |
| 28 | 34188707_v2 | |

3