# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br>v.<br>EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation,<br><br>　　　　　　Defendants. | **CASE NO.: 3:24-cv-00178-ART-CSD**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS** |

Plaintiff Koin Mobile, LLC, and Defendants Everi Holdings, Inc., and Everi Payments Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, file this Stipulation to Stay Case Pending Settlement Discussions, and state the following:

1.　　In the related state court matter, *Everi Payments, Inc. v. Strategic Gaming Management, LLC, et al.*, Case No. CV23-01538 (2d J.D. Nev.), the State Court parties,

1

including Plaintiff and Defendants, were ordered to participate in a settlement conference regarding a narrow issue. On January 28, 2025, the State Court parties engaged in a settlement conference with Retired Nevada Supreme Court Justice Hardesty and agreed to continue discussions regarding a global resolution of this action and the state court action.

2. The Parties have agreed to stay this matter in its entirety to further settlement discussions and to not incur additional legal expenses during such discussions.

3. Accordingly, the Parties agree and stipulate as follows:

   a. This case shall be stayed in its entirety for 90 days from the date that the Court approves this Stipulation. The Parties agree that the deadlines in the Amended Scheduling Order (ECF No. 44) shall be suspended.

   b. The Parties may jointly request that the stay be lifted before the 90-day period expires if the Parties agree that settlement is not achievable.

   c. The Parties agree that, pursuant to the Court's Chamber Practices, Defendants' Motion to Dismiss (ECF No. 31) will be denied without prejudice. If the stay is lifted, any party may move to reinstate Defendants' Motion to Dismiss (ECF No. 31).

   d. Upon the expiration of the 90 days, or sooner if the Parties jointly request that the stay be lifted, the Parties shall file a joint report indicating the status of settlement negotiations and a proposal for how this action should proceed, including with respect to Defendants' Motion to Dismiss (ECF No. 31).

   e. The Parties agree that if a resolution is reached that they will inform the Court immediately.

4. This is the Parties' first Stipulation seeking a stay of this matter. The Parties certify that this Stipulation is made in good faith and not intended for purposes of delay.

| | |
|---|---|
| Dated: February 13, 2025 | Dated: February 13, 2025 |
| HOLLAND & HART LLP | GIBSON, DUNN & CRUTCHER LLP |

/s/: Joshua M. Halen
Robert C. Ryan (SBN 7164)
Timothy A. Lukas (SBN 4678)
Joshua M. Halen (SBN 13885)
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: 775-327-3000
Facsimile: 775-786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

HOLLAND & HART LLP
Paul D. Swanson (SBN 50923)
(*pro hac vice*)
Nicholas W. Katz (SBN 55136)
(*pro hac vice*)
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: 303 295-8000
Facsimile: 303-479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com

*Attorneys for Plaintiff*

/s/: S. Christopher Whittaker
Samuel G. Liversidge (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520
sliversidge@gibsondunn.com
cwhittaker@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass (*pro hac vice*)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-8200
Facsimile: 415-393-8306
rbrass@gibsondunn.com

DICKINSON WRIGHT PLLC
John P. Desmond (SBN 5618)
Michael N. Feder (SBN 7332)
Gabriel A. Blumberg (SBN 12332)
100 W. Liberty Street, Suite 940
Reno, NV 89501
Telephone: 775-343-7500
Facsimile: 844-670-6009
jdesmond@dickinsonwright.com
mfeder@dickinsonwright.com
gblumberg@dickinsonwright.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2025

34188707_v1

34188707_v2