Robert C. Ryan (Nevada Bar No. 7164)
Timothy A. Lukas (Nevada Bar No. 4678)
Joshua M. Halen (Nevada Bar No. 13885)
**Holland & Hart LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000 | Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Paul D. Swanson (Colorado Bar No. 50923)*
Nicholas W. Katz (Colorado Bar No. 55136)*
**Holland & Hart LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company, | **CASE NO.: 3:24-cv-00178-ART-CSD** |
| Plaintiff, | |
| v. | **JOINT REPORT AND STIPULATION REGARDING STAY, MOTION TO DISMISS, AND SCHEDULING ORDER** |
| EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation, | |
| Defendants. | |

Pursuant to the Court's February 13, 2025 Order (ECF No. 51), Plaintiff Koin Mobile, LLC ("Koin"), and Defendants Everi Holdings, Inc., and Everi Payments Inc. (together, "Everi," and with Koin, the "Parties"), by and through their respective undersigned counsel, file this Joint Report Regarding Stay, Motion to Dismiss, and Scheduling Order, and state the following:

1.  On October 7, 2024, the Court entered an Amended Discovery Plan and Scheduling Order (ECF No. 44) (the "Scheduling Order").

1

2. On December 18, 2024, the Court heard oral argument on Everi's Motion to Dismiss (ECF No. 31).

3. On February 13, 2025, the Court entered an order staying this case for 90 days (ECF No. 51) (the "Stay Order") to enable the Parties to continue discussions regarding a global resolution of this action and the parallel state-court action, *Everi Payments, Inc. v. Strategic Gaming Management, LLC, et al.*, Case No. CV23-01538 (2d J.D. Nev.), after engaging in a settlement conference as ordered by the Nevada state court.

4. Pursuant to the Stay Order, the 90-day stay expires at the end of the day on May 14, 2025.

5. The Parties have not reached a settlement.

6. Accordingly, the Parties respectfully request that the Court return this matter to its active calendar.

7. The Parties further request that the Court reinstate Defendants' Motion to Dismiss (ECF No. 31). The Parties remain available to provide additional information or briefing on any issue on which the Court would like further clarification.

8. For good cause shown by the stay entered by this Court to accommodate court-ordered settlement proceedings and subsequent negotiations, the Parties further request that the Court modify the Scheduling Order to adopt the following revised deadlines:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of fact discovery | August 29, 2025 | February 20, 2026 |
| Affirmative expert designation disclosures | October 24, 2025 | April 17, 2026 |
| Completion of affirmative expert depositions | November 24, 2025 | May 15, 2026 |
| Rebuttal expert designation disclosures | December 23, 2025 | June 12, 2026 |
| Close of expert discovery | January 30, 2026 | July 17, 2026 |
| *Daubert* motions | March 27, 2026 | September 18, 2026 |
| Summary judgment motions | March 27, 2026 | September 18, 2026 |

9. The Parties certify that this Report and Stipulation is submitted in good faith and that this first request to modify the Scheduling Order is not made for purpose of delay or for any other improper purpose.

2

WHEREFORE, the Parties respectfully request that the Court return this case to its active calendar and enter this stipulation to deem Everi's Motion to Dismiss reinstated, and to modify the Scheduling Order as set forth above.

Dated: May 13, 2025

HOLLAND & HART LLP

/s/:    Paul D. Swanson
Robert C. Ryan (SBN 7164)
Timothy A. Lukas (SBN 4678)
Joshua M. Halen (SBN 13885)
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: 775-327-3000
Facsimile: 775-786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

HOLLAND & HART LLP
Paul D. Swanson (SBN 50923)
(*pro hac vice*)
Nicholas W. Katz (SBN 55136)
(*pro hac vice*)
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: 303 295-8000
Facsimile: 303-479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com

*Attorneys for Plaintiff*

Dated: May 13, 2025

GIBSON, DUNN & CRUTCHER LLP

/s/:    Samuel G. Liversidge
Samuel G. Liversidge (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile:  213-229-7520
sliversidge@gibsondunn.com
cwhittaker@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass (*pro hac vice*)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-8200
Facsimile:  415-393-8306
rbrass@gibsondunn.com

DICKINSON WRIGHT PLLC
John P. Desmond (SBN 5618)
Michael N. Feder (SBN 7332)
Gabriel A. Blumberg (SBN 12332)
100 W. Liberty Street, Suite 940
Reno, NV 89501
Telephone: 775-343-7500
Facsimile:  844-670-6009
jdesmond@dickinsonwright.com
mfeder@dickinsonwright.com
gblumberg@dickinsonwright.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: _____

3