Robert C. Ryan (Nevada Bar No. 7164)
Timothy A. Lukas (Nevada Bar No. 4678)
**Holland & Hart LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000 | Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com

Paul D. Swanson (Colorado Bar No. 50923)*
Nicholas W. Katz (Colorado Bar No. 55136)*
**Holland & Hart LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation,<br><br>Defendants. | **CASE NO.: 3:24-cv-00178-ART-CSD**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Koin Mobile, LLC and Defendants Everi Holdings Inc. and Everi Payments Inc. respectfully stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

| | |
|---|---|
| Dated: November 7, 2025 | Dated: November 7, 2025 |
| HOLLAND & HART LLP | GIBSON, DUNN & CRUTCHER LLP |
| /s/:   Robert C. Ryan<br>Robert C. Ryan (SBN 7164)<br>Timothy A. Lukas (SBN 4678)<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br>Tel: 775-327-3000<br>Facsimile: 775-786-6179<br>rcryan@hollandhart.com<br>tlukas@hollandhart.com | /s/:   Samuel G. Liversidge<br>Samuel G. Liversidge (*pro hac vice*)<br>S. Christopher Whittaker (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:  213-229-7000<br>Facsimile:   213-229-7520<br>sliversidge@gibsondunn.com<br>cwhittaker@gibsondunn.com |
| HOLLAND & HART LLP<br>Paul D. Swanson (SBN 50923)<br>(*pro hac vice*)<br>Nicholas W. Katz (SBN 55136)<br>(*pro hac vice*)<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>Telephone:  303 295-8000<br>Facsimile: 303-479-9424<br>pdswanson@hollandhart.com<br>nwkatz@hollandhart.com | GIBSON, DUNN & CRUTCHER LLP<br>Rachel S. Brass (*pro hac vice*)<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:  415-393-8200<br>Facsimile:   415-393-8306<br>rbrass@gibsondunn.com |
| *Attorneys for Plaintiff* | DICKINSON WRIGHT PLLC<br>John P. Desmond (SBN 5618)<br>Michael N. Feder (SBN 7332)<br>Gabriel A. Blumberg (SBN 12332)<br>100 W. Liberty Street, Suite 940<br>Reno, NV 89501<br>Telephone:  775-343-7500<br>Facsimile:   844-670-6009<br>jdesmond@dickinsonwright.com<br>mfeder@dickinsonwright.com<br>gblumberg@dickinsonwright.com |
| | *Attorneys for Defendants* |