1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12
13

| | |
|---|---|
| KOIN MOBILE, LLC, a Nevada limited liability company, | **CASE NO.: 3:24-cv-00178-ART-CSD** |
| Plaintiff, | **ORDER GRANTING** |
| v. | |
| EVERI HOLDINGS INC., f/k/a Global Cash Access Holdings, Inc., a Delaware Corporation, and EVERI PAYMENTS INC., f/k/a Global Cash Access, Inc., a Delaware Corporation, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

14
15
16
17
18
19
20
21
22

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Koin Mobile, LLC and Defendants

23 Everi Holdings Inc. and Everi Payments Inc. respectfully stipulate to the dismissal of this action

24 with prejudice, with each party to bear its own costs and attorney fees.

25
26
27
28

1

Dated: November 7, 2025

HOLLAND & HART LLP


/s/:    *Robert C. Ryan*
Robert C. Ryan (SBN 7164)
Timothy A. Lukas (SBN 4678)
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: 775-327-3000
Facsimile: 775-786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com

HOLLAND & HART LLP
Paul D. Swanson (SBN 50923)
(*pro hac vice*)
Nicholas W. Katz (SBN 55136)
(*pro hac vice*)
555 17th Street, Suite 3200
Denver, CO 80202
Telephone:  303 295-8000
Facsimile: 303-479-9424
pdswanson@hollandhart.com
nwkatz@hollandhart.com

*Attorneys for Plaintiff*

Dated: November 7, 2025

GIBSON, DUNN & CRUTCHER LLP


/s/:    *Samuel G. Liversidge*
Samuel G. Liversidge (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213-229-7000
Facsimile:  213-229-7520
sliversidge@gibsondunn.com
cwhittaker@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass (*pro hac vice*)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415-393-8200
Facsimile:  415-393-8306
rbrass@gibsondunn.com

DICKINSON WRIGHT PLLC
John P. Desmond (SBN 5618)
Michael N. Feder (SBN 7332)
Gabriel A. Blumberg (SBN 12332)
100 W. Liberty Street, Suite 940
Reno, NV 89501
Telephone:  775-343-7500
Facsimile:  844-670-6009
jdesmond@dickinsonwright.com
mfeder@dickinsonwright.com
gblumberg@dickinsonwright.com

*Attorneys for Defendants*


IT IS SO ORDERED.


Anne R. Traum
United States District Judge

DATED: November 12, 2025

2